473 A.2d 688

Commonwealth v. Almodovar, Appellant.

 Argued January 11, 1984. Richard Keith Renn, Assistant Public Defender, for appellant; Floyd Paul Jones, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Judgment of sentence is affirmed.